1

## UDALL | SHUMWAY
COUNSELORS AT LAW SINCE 1965

2

3

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax:  480.833.9392

4

5

6

7

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - # 030210
krd@udallshumway.com
Attorney for Defendant Maricopa County
Community College District

8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF ARIZONA

10

11

CINDI TANNER, an individual,

12

Plaintiff,

13

v.

14

15

16

17

18

MARICOPA COUNTY COMMUNITY
COLLEGE DISTRICT, a political
subdivision of Arizona; MARIA WISE, an
individual and in her official capacity;
VIVIAN MIRANDA-STRAWBRIDGE, an
individual and in her official capacity,

19

Defendants.

20

21

NO.

**NOTICE OF REMOVAL OF ACTION
FROM STATE COURT TO FEDERAL
COURT**

22

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT**

23

**OF ARIZONA**

24

Notice is hereby given that Defendant Maricopa County Community College District

25

("District") hereby removes the entire action described below from the Arizona State Court,

26

Maricopa County Superior Court, to the United States District Court, District of Arizona,

27

pursuant to 28 U.S.C. § 1446:

28

1.      On or about January 9, 2018, Plaintiff Cindi Tanner filed in the Maricopa County Superior Court, in cause no. CV 2018-092895, an action naming as Defendants the District, Maria Wise, and Vivian Miranda-Strawbridge.  The following documents were filed on January 9, 2018 to initiate the action:

(A) a Complaint (a true and accurate copy of which is Exhibit A attached hereto);

(B) a Certificate of Compulsory Arbitration (a true and accurate copy of which is Exhibit B attached hereto);

(C) a Civil Cover Sheet (a true and accurate copy of which is Exhibit C attached hereto)

2.      In the Complaint, Plaintiff alleges causes of action arising under and for violation of federal law: the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12132, 12203 and the Rehabilitation Act, 29 U.S.C. § 794, asserting claims for retaliation; and the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 206-207 asserting claims for failure to pay minimum wages or overtime wages.  (Ex. A, Complaint p. 1 and ¶ 89-95, 117-119) Such claims support original federal question jurisdiction of this Court pursuant to 28 U.S.C. §§ 1331, 1343, 1988.  A direct original action can be filed in federal court as well pursuant to 29 U.S.C. §§ 216(b), 794a, and/or 42 U.S.C. § 12133.

3.      The State Court action is removable to this Federal Court pursuant to 28 U.S.C. § 1441(a)-(c) because this Court would have original jurisdiction over the federal law claims under the ADA, the Rehabilitation Act and the FLSA.

4.      This Court would have supplemental jurisdiction over the state law claim for wrongful termination and statutory claims pursuant to A.R.S. § 23-1501 and 38-532 (Ex. A, Complaint  ¶ 97-103), intentional infliction of emotional distress (Ex. A, Complaint ¶ 105-115, and the claim for unpaid wages under A.R.S. § 23-355.  28 U.S.C. § 1367.  The conduct, including the termination of employment and pre-termination acts, asserted to be retaliation under the ADA and RA appear to be the same or substantially the same as the conduct supporting the wrongful termination and statutory claims, as well as the claim for

intentional infliction of emotional distress.  (Ex. A, Complaint ¶ 12-73, 88-115)  The state law wage claims appear to be for the same wages sought under the FLSA.  (Ex. A, Complaint ¶ 80-86, 116-119)  The various state law claims appear to be so related to the federal statutory claims as to form the same case or controversy under Article III of the United States Constitution.

5.      All Defendants who have been properly served join in this removal. Defendants Wise and Miranda-Strawbridge, whose true legal last name is Miranda-Wendelken, deny they were properly served with process as they did not authorize anyone to accept service on their behalf and they were purported to be served through a person in the Human Resources department of the College where they work.  Exhibits D, E and F to this Notice are the Affidavits of Service filed with the Maricopa County Superior Court.  If they do appear in this lawsuit, such individuals will be represented by the same defense counsel as the District and they would consent to this removal.

6.      This removal is timely filed pursuant to 28 U.S.C. § 1446(b) as it was filed within thirty days after receipt by Defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief.

7.      Attached hereto as Exhibits A through G are all process, pleadings, orders, and documents filed in the State Court action.  Exhibit G is a Notice of Appearance filed by Defense Counsel on January 18, 2018 in the State Court.

8.      Defendants shall be filing promptly a notice of removal with the State Court in compliance with 28 U.S.C. § 1446(d) and will serve such notice on Plaintiff.

DATED: February 2, 2018.

UDALL SHUMWAY PLC


_____/s/ David R. Schwartz_____
David R. Schwartz
Kimberly R. Davis
1138 North Alma School Road, Suite 101
Mesa, AZ  85201
Attorneys for Defendant Maricopa County
Community College District


## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2018, I electronically transmitted the attached document to the Clerk's Office using ECF/CM for filing and transmitted the document through ECF to the following registered ECF users:

Israel G. Torres
James E. Barton, II
Saman Golestan
TORRES LAW GROUP, PLLC
2239 W. Baseline Rd.
Tempe, AZ  85283
Attorneys for Plaintiff


____/s/ Kimberly Kershner___
Kimberly Kershner

5093080.1
109883.022