1
2

**UDALL|SHUMWAY**
COUNSELORS AT LAW SINCE 1965

3
4
5

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax:  480.833.9392

6
7
8
9

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - # 030210
krd@udallshumway.com
Attorneys for Defendant Maricopa County
Community College District, Wise and Miranda

10
11

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

12
13
14
15
16
17
18
19

| | |
|---|---|
| Cindi Tanner, an individual, | NO. **CV-18-00377-PHX-SPL** |
| Plaintiff, | |
| v. | **STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE OF WAGE CLAIMS** |
| Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual and in her official capacity; Vivian Miranda-Strawbridge, an individual and in her official capacity, | |
| Defendants. | |

20
21
22
23
24
25
26
27
28

Plaintiff and Defendants hereby stipulate to the dismissal with prejudice, each party to bear their own attorney's fees and costs, of Plaintiff's claims as an employee for wages, and related damages, attorney's fees and/or costs, during her employment with Defendant Maricopa County Community College District.  The parties, therefore, stipulate to dismissal of the Fourth Claim for Relief of the Complaint (Dkt 1-1, ex. A, Complaint).  Although this stipulation does not resolve all claims, the parties further stipulate that this Court enter an order with finality language under Federal Rule of Civil Procedure 54(b) to effectuate this stipulation as there will be no just reason for delay of

1  entry of the Order.   The parties have approved of the form of Order submitted

2  contemporaneously herewith.

3        Counsel for Plaintiff has authorized defense counsel to e-sign and file this

4  Stipulation and to lodge the form of Order.

      DATED: April 16, 2018.

5

6                      UDALL SHUMWAY PLC

7

8                        /s/ David R. Schwartz

                    David R. Schwartz

9                      1138 North Alma School Road

                    Suite 101

10                     Mesa, AZ  85201

                    Attorneys for Defendant Maricopa County

11                     Community College District, Wise and Miranda

12                     TORRES LAW GROUP, PLLC

13                     James E. Barton II /s/ by David R. Schwartz

14                     Israel G. Torres

                    James E. Barton, II

15                     Saman Golestan

                    2239 W. Baseline Rd.

16                     Tempe, AZ  85283

17                     Attorneys for Plaintiff

18                   **CERTIFICATE OF SERVICE**

19

20       I hereby certify that on April 16, 2018, I electronically filed the attached document

21 using ECF for filing and transmitted the document through ECF to the following registered ECF users:

22 Israel G. Torres

23 James E. Barton, II

Saman Golestan

24 TORRES LAW GROUP, PLLC

25 2239 W. Baseline Rd.

Tempe, AZ  85283

26 Attorneys for Plaintiff

27       /s/ Kimberly Kershner

28 5136187.1

109883.022

2