**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cindi Tanner, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual and in her official capacity; Vivian Miranda-Strawbridge, an individual and in her official capacity,<br><br>Defendants. | NO. **CV-18-00377-PHX-SPL**<br><br>**ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE OF WAGE CLAIMS** |

Upon stipulation of all parties,

IT IS HEREBY ORDERED dismissing with prejudice, each party to bear their own attorney's fees and costs, Plaintiff's claims as an employee for wages, and related damages, attorney's fees and/or costs, during her employment with Defendant Maricopa County Community College District and specifically the Fourth Claim for Relief of the Complaint

IT IS FURTHER ORDERED that the Clerk of this Court shall enter this as a final order pursuant to Federal Rule of Civil Procedure 54(b) as there is no just reason for delay of entry of this Order.

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2018, I electronically filed the attached document using ECF for filing and transmitted the document through ECF to the following registered ECF users:

Israel G. Torres
James E. Barton, II
Saman Golestan
TORRES LAW GROUP, PLLC
2239 W. Baseline Rd.
Tempe, AZ  85283
Attorneys for Plaintiff


_____/s/ Kimberly Kershner_____

5136201.1
109883.022