**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - # 030210
krd@udallshumway.com
Attorneys for Defendants Maricopa County Community College District, Wise and Miranda

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cindi Tanner, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual and in her official capacity; Vivian Miranda-Strawbridge, an individual and in her official capacity,<br><br>Defendants. | NO. **CV-18-00377-PHX-SPL**<br><br>**UNOPPOSED MOTION TO AMEND DEFENDANTS' ANSWERS** |

Defendants Maricopa County Community College District ("District"), Maria Wise, and Vivian Miranda-Wendelken ("Miranda") hereby move to amend their answers filed in this action. Attached hereto as Exhibits A and B are the proposed Second Amended Answer for the District and the First Amended Answer for Defendants Wise and Miranda. The deadline for amendments to pleadings is May 30, 2018 under the Rule 16 Case Management Order. (Dkt 15, p. 1-2) Plaintiff's counsel has agreed to the filing of these proposed amended answers and so this motion is unopposed.

DATED: May 14, 2018.

UDALL SHUMWAY PLC

    /s/ David R. Schwartz
David R. Schwartz
1138 North Alma School Road
Suite 101
Mesa, AZ 85201
Attorneys for Defendants Maricopa County
Community College District, Wise and Miranda

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2018, I electronically filed the attached document using ECF for filing and transmitted the document through ECF to the following registered ECF users:

Israel G. Torres
James E. Barton, II
Saman Golestan
TORRES LAW GROUP, PLLC
2239 W. Baseline Rd.
Tempe, AZ 85283
Attorneys for Plaintiff

    /s/ Kimberly Kershner

5177839.1
109883.022