**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Kimberly R. Davis - # 030210
krd@udallshumway.com
Attorneys for Defendants Maricopa County Community College District, Wise and Miranda

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cindi Tanner, an individual, | NO. **CV-18-00377-PHX-SPL** |
| Plaintiff, | |
| v. | **NOTICE OF CONDITIONAL SETTLEMENT** |
| Maricopa County Community College District, a political subdivision of Arizona; Maria Wise, an individual and in her official capacity; Vivian Miranda-Strawbridge, an individual and in her official capacity, | |
| Defendants. | |

Notice is hereby given that at the settlement conference before Magistrate Judge Bridget Bade the parties agreed upon a conditional settlement. The settlement is contingent upon the proposed settlement being presented and approved in an open meeting by the Governing Board for the Defendant Maricopa County Community College District ("District"). The District is trying to get the matter on the Governing Board's August 14, 2016 meeting agenda. The parties expect within sixty (60) days of today (September 17, 2018) the proposed settlement can be acted upon by the Governing Board and, if the agreement is approved, then the settlement will be executed and fully

1 performed including this Court being presented a stipulation for dismissal with prejudice
2 of this action, each party to bear their own attorney's fees and costs.  If the proposed
3 settlement is not approved, the parties will notify this Court and submit a joint stipulation
4 for resetting the deadlines in this Court's scheduling order.

   Plaintiff's counsel has reviewed and approved this notice of conditional settlement.

   DATED: _July 20, 2018.

                                    UDALL SHUMWAY PLC


                                         /s/ David R. Schwartz
                                    David R. Schwartz
                                    1138 North Alma School Road
                                    Suite 101
                                    Mesa, AZ  85201
                                    Attorneys for Defendants Maricopa County
                                    Community College District, Wise and Miranda


**CERTIFICATE OF SERVICE**

   I hereby certify that on July 20, 2018, I electronically filed the attached document using ECF for filing and transmitted the document through ECF to the following registered ECF users:

Israel G. Torres
James E. Barton, II
Saman Golestan
TORRES LAW GROUP, PLLC
2239 W. Baseline Rd.
Tempe, AZ  85283
Attorneys for Plaintiff


     /s/ Kimberly Kershner

5229412.1
109883.022

2